## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (615) 578-7125 | Case No.: 21-mj-2052 <br><br> Judge Frensley |

### UNITED STATES' MOTION TO UNSEAL

The United States of America, by its attorneys Mark H. Wildasin, Acting United States Attorney for the Middle District of Tennessee, and Juliet Aldridge, Assistant United States Attorney, requests that this Court unseal the Application and Warrant presented to this Court on November 15, 2021, this Motion, and the Order granting this Motion. The United States submits that the defendant has been arrested and brought into custody. Therefore, the United States would submit that the original reasons for the previously filed Motion to Seal, and the Court's order granting that Motion, no longer exist.

A proposed order to unseal the above described documents accompanies this motion.

Respectfully submitted,
MARK H. WILDASIN
ACTING UNITED STATES ATTORNEY

By: /s/ Juliet Aldridge
JULIET ALDRIDGE
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been served on all opposing counsel either by email, the CM/ECF electronic delivery system on this the 22nd day of November, 2021.

 /s/ *Juliet Aldridge*
JULIET ALDRIDGE
Assistant U. S. Attorney